# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 99-CR-10086-JTM-3

DE MARQUES M. MORRIS,

    Defendant.

## MEMORANDUM AND ORDER

Defendant has filed what is, in essence, his fourth motion pursuant to 28 U.S.C. § 2255 (Dkt. 242). *See United States v. Baker*, 781 F.3d 1204 (10th Cir. 2013) (petitioners cannot circumvent the statutory certification requirements applicable to second-or-successive applications by labeling motions as one under Rule 60). This court lacks jurisdiction to address the merits of a successive § 2255 motion until the Court of Appeals grants authorization. 28 U.S.C. § 2255(h); *United States v. Nelson*, 465 F.3d 1145, 1148 (10th Cir. 2006). Accordingly, the court dismisses this motion because it lacks jurisdiction to consider it.

**IT IS THEREFORE ORDERED** this 6th day of March, 2017, that defendant's motion (Dkt. 242) is dismissed. A copy of this order shall be forwarded to the Tenth Circuit.

                                                         s/ J. Thomas Marten
                                                         Chief United States District Judge